UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Petitioner, | : |
| v. | : Case No. 8:07-mc-11-T-23MSS |
| ELIZABETH C. SEITHER, | : |
| Respondent. | : |

## REPORT AND RECOMMENDATION

**THIS CAUSE** comes on for consideration upon the petition of the Government and the Government's Motion for Issuance of a Report and Recommendation (Dkt. 6) (the "Motion"). On November 1, 2006, the Internal Revenue Service served a summons on Respondent requiring her to testify and provide documents related to her tax liabilities for the periods ending December 31, 1995, December 31, 1996, December 31, 1998, and December 31, 2004. (Dkt. 1-3) Respondent failed to comply and the Government sought judicial enforcement of the summons. (Dkt. 1)

The Supreme Court held in United States v. Powell, 379 U.S. 48, 57-58 (1964), that a summons is to be enforced upon a showing "that the investigation will be conducted pursuant to a legitimate purpose, that the inquiry may be relevant to the purpose, that the information sought is not already within the [IRS's] possession, and that the administrative steps required by the Code have been followed." In this

case, the Government filed the petition and submitted the declaration of Revenue Officer C. Austen to show that the above requirements have been met. See United States v. Southeast First National Bank of Miami Springs, 655 F.2d 661, 664 (5th Cir.1981) (stating that the Powell elements are satisfied when the IRS confirms compliance in the petition and in a sworn affidavit of the agent who issued the summons).

Following the Government's submission, the Undersigned directed Respondent to appear before the Court to show cause why she should not be compelled to comply with the summons. Respondent appeared at the hearing, which was held on April 30, 2007, before the Undersigned. At the hearing, Respondent was directed to produce all documents demanded by the summons by June 1, 2007, and to provide all testimony demanded by the summons by June 11, 2007. Specifically, the Undersigned directed Respondent to produce:

1. Front and back copies of all checks from January 2007 through March 2007;
2. Information regarding Respondent's gross earnings and deductions;
3. Vehicle lien statements;
4. Vehicle registrations;
5. Documents identifying all artificial entities involving Respondent, i.e., trusts, limited liability companies; and,

  6. Copies of mortgage documents for all properties owned by Respondent.

Respondent agreed to comply and asserted that a majority of the documents requested had been produced to the Government prior to the hearing. In the Motion, the Government has informed the Court that while Respondent has produced some documents, she has not produced all documents demanded by the summons and has failed to provide any testimony regarding the same.

  Upon consideration, the Undersigned **ORDERS** that the Government's Motion for Issuance of a Report and Recommendation (Dkt. 6) is **GRANTED**. The Undersigned respectfully **REPORTS** and **RECOMMENDS** that Respondent be ordered to comply with the IRS summons served upon her on November 1, 2006. The Undersigned recommends that Respondent be given thirty days from the entry of an Order to comply with the summons.

  **RESPECTFULLY RECOMMENDED** in Tampa, Florida, on this 19th day of February 2008.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

3

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. § 636(b)(1).

Copies furnished to:

Presiding District Court Judge
Counsel of record

Elizabeth C. Seither
68 Windward Island
Clearwater Beach, Florida 33767