UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                        CASE NO: 8:07-mc-11-T-23MSS

ELIZABETH C. SEITHER,

    Respondent.
_____/

## **ORDER**

On November 1, 2006, the Internal Revenue Service ("IRS") issued and served on the respondent a summons (the "summons") to aid in collection of the respondent's assessed tax liabilities for the years 1995, 1996, 1998, and 2004. On February 28, 2007, pursuant to 26 U.S.C. §§ 7402(b) and 7604(a), the United States (Doc. 1) sought judicial enforcement of the summons. At a hearing on April 30, 2007, the magistrate judge directed the respondent to produce all documents demanded by the summons by June 1, 2007, and to provide all testimony demanded by the summons by June 11, 2007. Additionally, the magistrate judge directed the United States to notify the court if the respondent failed to comply.

On November 20, 2007, the United States (Doc. 6) notified the court that although respondent produced some documents by June 1, 2007, respondent failed to produce all the documents demanded by the summons and failed to provide the testimony demanded by the summons. Additionally, the United States requested the magistrate judge to issue a report and recommendation recommending enforcement of the

summons.  Following the magistrate judge's report and recommendation (Doc. 7), no party objects to the report and the time for filing objections has expired.  Accordingly, the magistrate judge's report and recommendation (Doc. 7) is **ADOPTED** and the United States's petition (Doc. 1) to enforce the IRS summons is **GRANTED**.  On or before **April 11, 2008**, the respondent shall comply with the summons and each and every requirement thereof and shall (a) appear and testify before Revenue Officer C. Austin or any other designated officer or employee of the IRS at a time and place to be fixed by Revenue Officer Austin or her designee and (b) produce all documents demanded by the summons.  Additionally, on or before **April 11, 2008**, the respondent shall file a written notice of compliance with the Clerk of Court with a copy to the United States Attorney.  Failure to comply may subject respondent to sanctions for contempt of court.  Any request by the petitioner for an award of costs and fees shall be filed within twenty days of the date of this order.

     ORDERED in Tampa, Florida, on March 11, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE